**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF OREGON

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/19**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Creative Lighting Solutions, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FDBA  Creative Lighting** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-4609990** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **22365 SW Fisk Terrace** <br> **Sherwood, OR 97140** <br> Number, Street, City, State & ZIP Code | **22365 SW Fisk Terrace** <br> **Sherwood, OR 97140** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Washington** <br> County | **Location of principal assets, if different from principal place of business** <br> **17970 SW McEwan Road Portland, OR 97224** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.gocreativelighting.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Case 19-34296-pcm11    Doc 1    Filed 11/21/19

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district?***

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**          .  Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Creative Lighting Solutions, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 18, 2019**
          MM / DD / YYYY

**X** **/s/ Michael Bernards**            **Michael Bernards**
    Signature of authorized representative of debtor         Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Nicholas J. Henderson OR:**        Date **November 18, 2019**
    Signature of attorney for debtor                 MM / DD / YYYY

**Nicholas J. Henderson OR: 074027**
Printed name

**Motschenbacher & Blattner, LLP**
Firm name

**117 SW Taylor St., Suite 300**
**Portland, OR 97204**
Number, Street, City, State & ZIP Code

Contact phone    **(503) 417-0500**      Email address

**OR: 074027 OR**
Bar number and State

Fill in this information to identify the case:

| Debtor name | **Creative Lighting Solutions, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF OREGON** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alameda Electric 3415 NE 44th Ave. Portland, OR 97213** | **Aaron Leeb** **aaronalameda@icloud.com** **(503) 863-6887** | **Trade Debt** | | | | **$8,055.00** |
| **Aleddra Inc. 2210 Lind Ave. SW Suite 109 Renton, WA 98057** | **EJ Greenberg** **accounting@aleddra.com** **(503) 425-4555 ext 250** | **Trade Debt** | | | | **$37,335.00** |
| **Books To Go Bookkeeping 801 SW Nyberg St. #218 Tualatin, OR 97062** | **Jessica Glenn** **jessica@bookstogo.biz** **503-832-0035** | **Services Rendered** | | | | **$11,300.00** |
| **Buckley Law, P.C. 5300 Meadows Rd. Suite 200 Lake Oswego, OR 97035** | **Heide** **hbm@buckley-law.com** **(503) 620-8900** | **Legal Services** | | | | **$7,180.98** |
| **Capital One PO Box 30281 Salt Lake City, UT 84130-0281** | | **Credit Card** | | | | **$88,000.00** |
| **Christenson Electric, Inc 17201 NE Sacramento St Portland, OR 97230** | **Tamra Adams** **Tamra.Adams@christenson.com** **(503) 419-3300** | **Breach of Contract Claim** | **Contingent Unliquidated Disputed** | | | **$64,994.00** |
| **Fleco 2055 Luna Rd. Suite 142 Carrollton, TX 75006** | **Kathy Zdilla** **kzdilla@fleco.com** **(214) 696-1141** | | | | | **$1,342.16** |
| **Ford Motor Credit PO Box 552679 Detroit, MI 48255** | | **2017 Ford F350 1FT8W3BT4HEE65065** | | **$39,083.53** | **$34,000.00** | **$5,083.53** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 19-34296-pcm11    Doc 1    Filed 11/21/19

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| GlobaLux Lighting 2037 S Vineyard Ave. Ontario, CA 91761 | (909) 591-7506 | Trade Debt | | | | $6,623.44 |
| Graybar Portland 901 NE 60th Ave. Portland, OR 97213 | Don Hume don.hume@graybar.com (503) 280-4293 | Trade Debt | | | | $58,603.88 |
| Haulaway Storage 18420 SW. 126th Place Tualatin, OR 97062 | | Services Rendered | | | | $961.89 |
| Main Electric 3600 W Segerstrom Ave. Santa Ana, CA 92704 | | Breach of Contract Claim | Contingent Unliquidated Disputed | | | $669,257.57 |
| Merit Construction Alliance 8625 SW Cascade Ave # 100 Beaverton, OR 97008 | | Trade Debt | | | | $2,707.41 |
| North Coast Electric PO Box 34399 Seattle, WA 98124 | | Trade Debt | | | | $4,095.36 |
| Pacific Office Automation 14747 NW Greenbrier Pkwy Beaverton, OR 97006 | Raychel Ing Raychel.Ing@PacificOffice.com (503) 601-2308 | Office Equipment | | | | $725.00 |
| PAPE' PO Box 35144 #5077 Seattle, WA 98124 | | Trade Debt | | | | $21,381.72 |
| Platt Electric PO Box 418759 Boston, MA 02241 | | Trade Debt | | | | $16,704.90 |
| Portland General Electric PO Box 4438 Portland, OR 97208 | | Past Due Charges | | | | $635.82 |
| Ts5 Properties, LLC 110 NE 28th Ave Ste 210 Portland, OR 97232 | | | | | | $600.00 |
| WYSE Real Estate Advisors 810 SE Belmont St, Suite 100 Portland, OR 97214 | | Past Due Rent | | | | $31,956.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 19-34296-pcm11    Doc 1    Filed 11/21/19

# United States Bankruptcy Court
## District of Oregon

In re   **Creative Lighting Solutions, Inc.**          Case No. _____

                                       Debtor(s)       Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **November 18, 2019** _____

                                   **/s/ Michael Bernards** _____
                                   **Michael Bernards**/**President**
                                   Signer/Title

# United States Bankruptcy Court
## District of Oregon

In re  **Creative Lighting Solutions, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Creative Lighting Solutions, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 18, 2019**

Date

**/s/ Nicholas J. Henderson OR:**

**Nicholas J. Henderson OR: 074027**

Signature of Attorney or Litigant

Counsel for   **Creative Lighting Solutions, Inc.**

**Motschenbacher & Blattner, LLP**

**117 SW Taylor St., Suite 300**
**Portland, OR 97204**
**(503) 417-0500 Fax:(503) 417-0501**