UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. **19-34296-pcm11**
)
**Creative Lighting Solutions, Inc.** ) **Notice of Preliminary Hearing on Motion**
) ☒ **For Use of Cash Collateral**
) ☐ **To Obtain Credit**
Debtor(s) ) **(Check One)**

**YOU ARE NOTIFIED THAT:**

1. The undersigned moving party, **Creative Lighting Solutions, Inc.**, filed a Motion ☒ For Use of Cash Collateral ☐ To Obtain Credit (check one). The motion is attached and it includes (1) the statement required by **Local Bankruptcy Form (LBF) 541.5** and (2) the following allegations:

   a. The immediate and irreparable harm that will come to the estate pending a final hearing is **Debtor will suffer immediate and irreparable harm in that profits will be significantly reduced or eliminated and the value of the estate will be substantially diminished.**

   b. The amount of ☒ cash collateral ☐ credit (check one) necessary to avoid the harm detailed above prior to the final hearing is **$364,670**.

2. The name and service address of the moving party's attorney (or moving party, if no attorney) are: **Nicholas J. Henderson, c/o Motschenbacher & Blattner LLP, 117 SW Taylor St., Suite 300, Portland, OR 97204**.

3. A preliminary hearing on the motion will be held as follows:

   Date: **11/26/2019** Time: **1:30 p.m.** Location: **Room 1, 1050 SW 6th Ave. 7th Floor, Portland, OR 97204, #9990**

   Testimony will be received if offered and admissible.

4. If you wish to object to the motion, you must do one or both of the following:

   a. attend the preliminary hearing.

   b. file a written response, which states the facts upon which you will rely, with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204 or 405 E 8th Ave. #2600, Eugene OR 97401.

   If the response is filed within three business days before the hearing, notify the judge's chambers by telephone immediately after filing the document, as required by Local Bankruptcy Rule (LBR) 9004-1(b).

541.1 (12/1/2018)  Page 1 of 2

5. I certify that on   **11/22/2019**   this notice and the motion were served pursuant to Federal Rule of Bankruptcy Procedure (FRBP) 7004 on the debtor(s), any debtor's attorney, any trustee, any trustee's attorney, members of any committee appointed under 11 U.S.C. § 1102 or elected pursuant to 11 U.S.C. § 705 or its authorized agent [or, if no committee in a chapter 11 case, on all creditors listed on the list filed pursuant to FRBP 1007(d)], any creditors' committee attorney, the U.S. Trustee, and all entities with any interest in the cash collateral subject to this motion, whose names and addresses used for service are as follows:

**See the attached mailing matrix.**

| **/s/ Nicholas J. Henderson** | **074027** |
|---|---|
| **Signature of Moving Party or Attorney** | **OSB #** |

**17700 SW Upper Boones Ferry Rd., Ste. 140, Portland, OR 97224 , #9990**
**(If debtor is movant) Debtor's Address & Last 4 Digits of Taxpayer ID#(s)**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0979-3<br>Case 19-34296-pcm11<br>District of Oregon<br>Portland<br>Thu Nov 21 15:55:31 PST 2019 | Alameda Electric<br>3415 NE 44th Ave.<br>Portland, OR 97213-1140 | Aleddra Inc.<br>2210 Lind Ave. SW<br>Suite 109<br>Renton, WA 98057-3326 |
| Big Leaf Networks<br>2850 SW Cedar Hills Blvd<br>Beaverton, OR 97005-1354 | Books To Go Bookkeeping<br>801 SW Nyberg St. #218<br>Tualatin, OR 97062 | Buckley Law, P.C.<br>5300 Meadows Rd.<br>Suite 200<br>Lake Oswego, OR 97035-8225 |
| Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Carson Oil Co.<br>PO Box 6030<br>Portland, OR 97228-6030 | Christenson Electric, Inc<br>17201 NE Sacramento St<br>Portland, OR 97230-5941 |
| Christenson Electric, Inc<br>c/o Thomas Larkin<br>2300 SW First Ave Suite 200<br>Portland, OR 97201-5047 | Citibank NA<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 | Colonial Life<br>4445 SW Barbur Blvd. #105<br>Portland, OR 97239-4020 |
| Columbia Sportwear<br>14375 NW Science Dr<br>Portland, OR 97229 | Columbia State Bank<br>1301 A St #100<br>Tacoma, WA 98402-4216 | Creative Lighting Solutions, Inc.<br>22365 SW Fisk Terrace<br>Sherwood, OR 97140-8059 |
| Daimler / Mercedes Benz Financial Svcs.<br>PO Box 5260<br>Carol Stream, IL 60197-5260 | Dave Boxley<br>819 SE 14th Loop, Suite 101-M<br>Battle Ground, WA 98604-4891 | Fleco<br>2055 Luna Rd.<br>Suite 142<br>Carrollton, TX 75006-6436 |
| Ford Motor Credit<br>PO Box 552679<br>Detroit, MI 48255-2679 | Frontier Communications<br>PO Box 740407<br>Cincinnati, OH 45274-0407 | Fulham Co.<br>PO Box 845686<br>Los Angeles, CA 90084-5686 |
| Fusion Connect Inc<br>1411 4th Ave<br>Seattle, WA 98101-2249 | GlobaLux Lighting<br>2037 S Vineyard Ave.<br>Ontario, CA 91761-8066 | Graybar Portland<br>901 NE 60th Ave.<br>Portland, OR 97213-4303 |
| NICHOLAS J HENDERSON<br>Motschenbacher & Blattner, LLP<br>117 SW Taylor Street<br>Ste 300<br>Portland, OR 97204-3029 | Haulaway Storage<br>18420 SW. 126th Place<br>Tualatin, OR 97062-6077 | IRS<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Main Electric<br>3600 W Segerstrom Ave.<br>Santa Ana, CA 92704-6408 | Main Electric<br>c/o H. Lee Cook<br>4207 SE Woodstock Blvd 423<br>Portland, OR 97206-6267 | McFarlands Mobile Mechanics<br>9595 SW Tualatin-Sherwood Rd.<br>Tualatin, OR 97062-8560 |

| | | |
|---|---|---|
| Merit Construction Alliance<br>8625 SW Cascade Ave # 100<br>Beaverton, OR 97008-7180 | Mike Bernards<br>22365 SW Fisk Terrace<br>Sherwood, OR 97140-8059 | North Coast Electric<br>PO Box 34399<br>Seattle, WA 98124-1399 |
| Northwwest Textbook Depository Co.<br>17970 SW McEwan Rd.<br>Portland, OR 97224-7777 | ODR<br>Attn: Bankruptcy Unit<br>955 Center St. NE<br>Salem, OR 97301-2555 | PAPE'<br>PO Box 35144 #5077<br>Seattle, WA 98124-5144 |
| Pacific Office Automation<br>14747 NW Greenbrier Pkwy<br>Beaverton, OR 97006-5601 | Platt Electric<br>PO Box 418759<br>Boston, MA 02241-8759 | Portland General Electric<br>PO Box 4438<br>Portland, OR 97208-4438 |
| RoHillCo Business Services<br>5 Mt Jefferson Terrace<br>Lake Oswego, OR 97035-1438 | Ron Merryman<br>14827 SW 91st Ave<br>Portland, OR 97224-5777 | TROY SEXTON<br>Motschenbacher & Blattner, LLP<br>117 SW Taylor St<br>Ste 300<br>Portland, OR 97204-3029 |
| Sierra Springs<br>200 Eagles Landing Boulevard<br>Lakeland, FL 33810-3058 | The Mauss Company, P.C.<br>14665 SW Klipsan Ct.<br>Portland, OR 97223-5787 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
| Ts5 Properties, LLC<br>110 NE 28th Ave Ste 210<br>Portland, OR 97232 | US Trustee, Portland<br>620 SW Main St #213<br>Portland, OR 97205-3026 | WYSE Real Estate Advisors<br>810 SE Belmont St, Suite 100<br>Portland, OR 97214-2312 |
| Walters Wholesale Electric<br>200 N Berry St.<br>Brea, CA 92821-3903 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Toyota Financial Services
PO Box 5855
Carol Stream, IL 60197

End of Label Matrix
Mailable recipients    48
Bypassed recipients     0
Total                  48

**Nicholas J Henderson, OSB #074027**
nhenderson@portlaw.com
**Troy G. Sexton, OSB #115184**
tsexton@portlaw.com
Motschenbacher & Blattner LLP
117 SW Taylor St., Ste. 300
Portland, OR 97204
Phone: 503-417-0500
Fax: 503-417-0528

Of Proposed Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>CREATIVE LIGHTING SOLUTIONS, INC<br>Debtor. | Case No. 19-34296-pcm11<br><br>MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL, GRANTING ADEQUATE PROTECTION AND REQUEST FOR PRELIMINARY HEARING<br><br>**(Expedited Hearing Requested)** |

Creative Lighting Solutions, Inc (the "Debtor"), as Debtor-In-Possession pursuant to Sections 105(a) and 363 of the Bankruptcy Code, Bankruptcy Rule 4001, and LBR 4001-1(c), moves the Court for entry of an interim order authorizing use of cash collateral as defined by §363(a) of the Bankruptcy Code ("Cash Collateral"), and, in support, represents and states as follows:

On November 21, 2019, the Debtor commenced a Chapter 11 case by the filing of a voluntary petition under the United States Bankruptcy Code. Pursuant to § 1107 of the Code, the Debtor is continuing in possession of its property and is operating and managing its business.

Page 1 of 5

{00320135:1}

MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL, GRANTING ADEQUATE PROTECTION AND REQUEST FOR PRELIMINARY HEARING

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-34296-pcm11    Doc 18    Filed 11/25/19

## THE DEBTOR'S BUSINESS:

The Debtor is an Oregon corporation that specializes in the manufacturing and sales of LED lighting products. The Debtor also implements and oversees the installation of LED lighting systems for various businesses and venues in the Portland metropolitan area. If the Debtor is unable to pay its employees, the employees will suffer hardship and likely cease working. If the Debtor fails to maintain its relationship with its core buyers and fulfill pending orders, its will lose goodwill with its customers and likely lose substantial amounts of business. The loss of the revenue stream from those sources would inhibit a successful reorganization and devalue the estate significantly.

## PARTIES WITH POTENTIAL INTERESTS IN CASH COLLATERAL:

The following entities may claim a lien in the Cash Collateral based upon UCC financing statements on file with the Oregon Secretary of State (the "Secured Creditors"):

| Secured Creditor | UCC Nos | Date | Collateral Description |
|---|---|---|---|
| Columbia State Bank | 89643694 | 2/15/2013 | All Assets |

According to Debtor's records, the amounts owed to the Secured Creditors are as follows:

| Secured Creditor | Approx. Amount Owing | Collateral Value | Brief Collateral Description |
|---|---|---|---|
| Columbia State Bank | $824,199 | $269,030 | All Assets |

Other than the liens noted above, Debtor is not aware of any parties holding an interest in Cash Collateral.

To preserve the value of the Debtor as a going concern, and in order to formulate its Chapter 11 Plan, the Debtor requires the use of Cash Collateral for the payment of wages, salaries and operating expenses. The Debtor proposes to use Cash Collateral in the amount of $364,670 for the period of November 21, 2019 through December 22, 2019 on the terms set forth in the proposed

Page 2 of 5

{00320135:1}

MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL, GRANTING ADEQUATE PROTECTION AND REQUEST FOR PRELIMINARY HEARING

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-34296-pcm11    Doc 18    Filed 11/25/19

Interim Order Authorizing Use of Cash Collateral attached hereto as **Exhibit A**. Debtor's projected 120-day operating expense budget is attached to **Exhibit A,** marked **Exhibit 1** (the "Budget"). Such Cash Collateral includes, but is not limited to, any uncashed checks made payable to the Debtor and/or electronic funds in transit.

The Debtor has made reasonable efforts to secure alternative financing. The Debtor is unable to obtain necessary financial accommodations for the expenses shown in **Exhibit 1** from any source.

After reasonable efforts, the Debtor is unable pursuant to § 364(a) or (b) of the Bankruptcy Code, to obtain unsecured credit allowable under § 503(b)(1) of the Code as an administrative expense.

Allowing the Debtor to use Cash Collateral on the terms set forth in the proposed Interim Order Authorizing Use of Cash Collateral attached hereto as **Exhibit A** will preserve the Debtor's going concern value, maximize the value of the Debtor's assets for the estate, will increase the probability of a successful reorganization plan, and is in the best interests of the creditors and this estate.

Without the use of Cash Collateral, the Debtor has insufficient funds to meet its expenses as itemized in **Exhibit 1**. The Debtor has an immediate need for Cash Collateral to pay its payroll and other operating expenses and provide deposits to utilities as needed under 11 U.S.C. § 366 all of which will preserve the value of its business.

The Debtor will suffer immediate and irreparable harm in that profits will be significantly reduced or eliminated and the value of the estate will be substantially diminished if the Debtor is not permitted to use $364,670 of cash collateral for the period from November 21, 2019 through December 22, 2019, on an interim basis, in the amounts and for the purposes set forth in the Budget, to meet its necessary and ordinary course post-petition operating expenses prior to the time

MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL, GRANTING ADEQUATE PROTECTION AND REQUEST FOR PRELIMINARY HEARING

**Motschenbacher & Blattner LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

prescribed by FRBP 4001(b)(2) for a final hearing on the Debtor's motion for authority to use Cash Collateral.

The proposed order on this motion does not contain any of the "disfavored provisions" listed in LBF 541.7.

**PROPOSED TERMS OF CASH COLLATERAL ORDER**:

The Debtor further proposes that its authority to use Cash Collateral be limited to the cumulative amounts and uses of Cash Collateral as set forth in the Budget; provided however, that The Debtor may make expenditures in excess of the amounts specified in the Budget subject to the limitation that the aggregate budget variance shall not exceed fifteen percent (15%) of the total projected expenditures under the Budget for that Budget period.

**PROPOSED ADEQUATE PROTECTION**:

Notwithstanding anything to the contrary contained in § 552(a) of the Code, as adequate protection for, and to secure payment of, an amount equal to the aggregate diminution (from the petition date) in the value of the property of Debtor to which any of the liens of the parties identified herein shall have attached, and as security for and an inducement to said parties to permit use of Cash Collateral, Debtor proposes to grant to each of them the following protection:

    a.    A replacement lien on all of the post-petition property in which each of them has a pre-petition lien or security interest. The replacement liens shall have the same relative priority vis-á-vis one another as existed on the petition date with respect to the original liens.

    b.    Each party granted a replacement lien herein shall be granted relief from the automatic stay to take all actions which may be required under federal or state law in any jurisdiction to validate or perfect the liens so granted.

Page 4 of 5  MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL, GRANTING ADEQUATE PROTECTION AND REQUEST FOR PRELIMINARY HEARING

{00320135:1}

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-34296-pcm11    Doc 18    Filed 11/25/19

c. The Debtor shall timely perform and complete all actions necessary and appropriate to protect said parties' collateral against diminution in value.

**NOTICE**:

The Debtor has given notice, as required by Bankruptcy Rule 4001, of this motion or pending requisite notice of such motion.

WHEREFORE, The Debtor moves for:

1. Entry of the Interim Order Authorizing Use of Cash Collateral and Granting Adequate Protection in the form attached hereto as **Exhibit A**.

2. An Order setting a preliminary hearing on this Motion upon such notice as the Court may direct pursuant to Bankruptcy Rule 4001(b)(3) to authorize the expenditures set forth on **Exhibit 1** to this motion.

3. That the Order and each of its terms shall be effective immediately upon entry by the Court and the automatic stay of judgment provisions of FRBP 8017(a) shall not apply;

4. An Order setting a final hearing after notice on this Motion.

DATED: November 22, 2019

MOTSCHENBACHER & BLATTNER LLP

By:/s/ NICHOLAS J. HENDERSON
Nicholas J. Henderson, OSB #074027
Troy G. Sexton, OSB #115184
Of Proposed Attorneys for Debtor

Page 5 of 5   MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL, GRANTING ADEQUATE PROTECTION AND REQUEST FOR PRELIMINARY HEARING

{00320135:1}

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-34296-pcm11    Doc 18    Filed 11/25/19

**EXHIBIT A**

**PROPOSED ORDER**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re:

CREATIVE LIGHTING SOLUTIONS, INC
Debtor.

Case No. 19-34296-pcm11

INTERIM ORDER GRANTING MOTION AUTHORIZING USE OF CASH COLLATERAL, GRANTING ADEQUATE PROTECTION AND GRANTING REQUEST FOR PRELIMINARY HEARING

This matter came before the Court on the Debtor's Motion for Interim and Final Orders Authorizing Use of Cash Collateral, Granting Adequate Protection and Request for Preliminary Hearing under Sections 361 and 363 of the Bankruptcy Code. [ECF Doc #___] filed by Creative Lighting Solutions, Inc (the "Debtor"), as debtor-in-possession. Based on the entire record of this case, the Court makes the following findings of fact and conclusions of law:

A. On November 21, 2019 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code. As of the date hereof, no trustee or examiner has been requested or appointed and no official committee of creditors has been appointed.

B. The following creditors (each a "Secured Creditor") may claim a lien in the Debtor's cash collateral (as defined in § 363(a)), as follows:

Page 1 of 4

{00320135:1}

INTERIM ORDER GRANTING MOTION AUTHORIZING USE OF CASH COLLATERAL, GRANTING ADEQUATE PROTECTION AND GRANTING REQUEST FOR PRELIMINARY HEARING

MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-34296-pcm11    Doc 18    Filed 11/25/19

| **Secured Creditor** | **Approx. Amount Owing** | **Collateral Value** | **Brief Collateral Description** |
|---|---|---|---|
| Columbia State Bank | $824,199 | $269,030 | All Assets |

C. The relief requested in the motion (i) is necessary to avoid immediate and irreparable harm to the Debtor's property.

D. Absent authority to use cash collateral, the Debtor's property will be immediately and irreparably harmed. The Debtor's use of cash collateral will enable it to maintain the going concern value of its business.

E. The adequate protection offered to the Secured Creditors in the motion is reasonable and appropriate in the circumstances.

Based on the foregoing, it is hereby ORDERED that:

1. The Debtor is authorized to use $364,670 of cash collateral for the period of November 21, 2019 through December 22, 2019 (the "Interim Budget Period") in accordance with the attached Exhibit 1 (the "Budget"). The Debtor's authority to use Cash Collateral is limited to the uses set forth in the Budget, together with a 15% aggregate variance.

2. As adequate protection, the Secured Creditors are granted replacement liens upon all post-petition assets of the Debtor which are of the identical description to its pre-petition collateral, with the same relative priority that existed as of the Petition Date.

3. The Debtor will timely perform and complete all actions necessary and appropriate to protect Lien Creditors' collateral against diminution in value.

4. Nothing in this Order shall be construed to (a) grant a security interest in the Debtor's avoidance powers; (b) convert any pre-petition obligations into post-petition obligations; (c) require payment of any obligations on confirmation of a plan of reorganization, except as otherwise provided under the Bankruptcy Code; (d) alter, improve, limit or impair the rights, if any, of parties claiming to have rights of reclamation against the Debtor, or its assets or (e) enhance the secured position of any creditor as of the Petition Date. Further, nothing in this order shall preclude the Secured Creditors from asserting claims for any further amounts that may be owed by the Debtor.

Page 2 of 4   INTERIM ORDER GRANTING MOTION AUTHORIZING USE OF CASH COLLATERAL, GRANTING ADEQUATE PROTECTION AND GRANTING REQUEST FOR PRELIMINARY HEARING

{00320135:1}

**Motschenbacher & Blattner LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-34296-pcm11    Doc 18    Filed 11/25/19

5.    The Debtor is authorized to execute and deliver to the Secured Creditors such instruments considered by each Secured Creditor to be necessary or desirable to perfect the secured interests and liens given to the Secured Creditor, and the Secured Creditors are authorized to receive, file, and record the same.

6.    Nothing contained in this Order shall constitute a determination as to the amount, validity, or priority of any pre-petition obligation, security interest, or lien and all rights of parties in interest to claim that any pre-petition lien or security interest in the Debtor's property is unperfected, unenforceable, invalid, or voidable, are reserved. Additionally, nothing in this Order shall constitute an admission or acknowledgement by the Debtor that any party has a valid or perfected lien in the cash of the Debtor now existing or subsequently received, and the references herein to "Cash Collateral" are without prejudice to all rights, defenses, and claims of the Debtor to contend that any party does not have a perfected lien or security interest in such collateral.

7.    This Order does not grant authority to the Debtors to pay any pre-petition obligation, expense, or debt or to pay any administrative expense claims under Section 503(b)(9). The Debtor may only pay such administrative expense claims upon further order of this Court after the filing of an appropriate motion and notice of the same.

**8.    The final hearing on The Debtor's Motion shall be held in Courtroom _____ of the United States Bankruptcy Court for the District of Oregon, 1050 SW Sixth Avenue, #700, Portland, Oregon 97204, on _____, 2019 at \_\_\_:\_\_\_ \_\_.m.**

9.    A copy of this Order and Notice of the final hearing on the Debtors' Motion shall be served within two (2) days of entry of this Order pursuant to FRBP 7004 upon: (a) Debtors' 20 largest unsecured creditors; (b) any known creditors claiming a security interest in or lien on Cash Collateral; (c) the U.S. Trustee; and (d) all persons who have requested notice pursuant to Bankruptcy Rule 2002. Objections, if any, to the relief requested in the motion shall be in writing, shall state the name of the objecting party and the nature of the claim or interest of such party, shall state with particularity the reasons for the objections to the relief requested, and shall be served upon counsel

Page 3 of 4    INTERIM ORDER GRANTING MOTION AUTHORIZING USE OF CASH COLLATERAL, GRANTING ADEQUATE PROTECTION AND GRANTING REQUEST FOR PRELIMINARY HEARING

{00320135:1}

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-34296-pcm11    Doc 18    Filed 11/25/19

for Debtor, Nicholas J Henderson, Motschenbacher & Blattner, LLP, 117 SW Taylor St., Ste. 300, Portland, Oregon 97204 and filed, together with proof of service, with the Court no later than the deadline provided in the Notice (LBF 541.1) which accompanies this Order when served.

###

I certify that I have complied with the requirements of LBR 9021-1 (a)(2)(A).

Order Presented by:

MOTSCHENBACHER & BLATTNER LLP

By:/s/ NICHOLAS J. HENDERSON
Nicholas J. Henderson, OSB #074027
nhenderson@portlaw.com
Troy G. Sexton, OSB #115184
tsexton@portlaw.com
117 SW Taylor Street, Suite 300
Portland, OR 97204
Telephone: 503-417-0500
Facsimile: 503-417-0508
Of Proposed Attorneys for Debtor

Service List:

First Class Mail:
Columbia State Bank
C/o Shannon Martinez
250 Church Street SE, Suite 200
Salem, Oregon 97301

Electronic Mail:
The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

Page 4 of 4
{00320135:1}
INTERIM ORDER GRANTING MOTION AUTHORIZING USE OF CASH COLLATERAL, GRANTING ADEQUATE PROTECTION AND GRANTING REQUEST FOR PRELIMINARY HEARING

MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-34296-pcm11    Doc 18    Filed 11/25/19

**EXHIBIT 1**

**PROPOSED BUDGET**

**Creative Lighting Solutions, Inc.**
**Cash Collateral Budget**
November 21, 2019, to March 15, 2020

| | 21-Nov | 25-Nov | 2-Dec | 9-Dec | 16-Dec | 23-Dec | 30-Dec | 6-Jan | 13-Jan | 20-Jan |
|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | |
|   Cash On Hand | 1,606.00 | 22,601.15 | 12,379.60 | 69,021.65 | 5,173.40 | 14,618.08 | 42,266.00 | 48,053.05 | 61,849.05 | 49,393.80 |
|   40000 · Income | | | | | | | | | | |
|     40100 · Sales - Installations | | | | | | | | | | |
|       40105 · . Install Only | 25,015.00 | | 50,289.00 | | 35,413.00 | | | | | |
|       40101 · 1. Down | - | 21,377.50 | 25,000.00 | 5,000.00 | - | - | - | - | - | - |
|       40102 · 2. Progress | - | - | - | 17,500.00 | - | - | - | - | - | - |
|       40103 · 3. Final | - | - | - | - | 7,500.00 | 21,377.50 | 22,000.00 | - | - | 5,000.00 |
|       40104 · 4. EWO | - | - | - | - | - | - | 12,000.00 | - | - | - |
|       40109 · Agency Incentives to CLS | | | | | | | | | | |
|       40100 · Sales - Installations - Other | | | | | | | | | | |
|     Total 40100 · Sales - Installations | 25,015.00 | 21,377.50 | 75,289.00 | 22,500.00 | 42,913.00 | 21,377.50 | 34,000.00 | - | - | 5,000.00 |
|     40150 · Service Maintenance | | | | | | | | | | |
|       40151 · 1. Down | - | | - | | - | | | | - | - |
|       40152 · 2. Installment | - | | - | | - | | | | - | - |
|       40150 · Service Maintenance - Other | | - | 65,500.00 | 100,000.00 | | 60,000.00 | | - | 70,000.00 | 100,000.00 |
|     Total 40150 · Service Maintenance | - | - | 65,500.00 | 100,000.00 | - | 60,000.00 | - | - | 70,000.00 | 100,000.00 |
|     40200 · Sales - Materials | - | - | - | - | - | - | - | 15,488.00 | - | - |
|     40900 · Uncategorized Income | - | - | - | - | - | - | - | - | - | - |
|   Total 40000 · Income | 25,015.00 | 21,377.50 | 140,789.00 | 122,500.00 | 42,913.00 | 81,377.50 | 34,000.00 | 15,488.00 | 70,000.00 | 105,000.00 |
|   40800 · WIP Adjustment (Sales) | | | | | | | | | | |
| **Total Income** | 25,015.00 | 21,377.50 | 140,789.00 | 122,500.00 | 42,913.00 | 81,377.50 | 34,000.00 | 15,488.00 | 70,000.00 | 105,000.00 |
| **Cost of Goods Sold** | | | | | | | | | | |
|   50000 · COGs Equipment / Materials | | | | | | | | | | |
|     50100 · Product / Materials | - | 29,268.00 | 20,000.00 | 185,000.00 | - | 50,000.00 | - | - | 50,000.00 | - |
|     50200 · Freight | - | - | - | - | - | - | - | - | - | - |
|     50900 · Discounts Taken | - | - | - | - | - | - | - | - | - | - |
|   Total 50000 · COGs Equipment / Materials | - | 29,268.00 | 20,000.00 | 185,000.00 | - | 50,000.00 | - | - | 50,000.00 | - |
|   51000 · COGs Installation | | | | | | | | | | |
|     51100 · Contractors - Electricians | - | - | 35,564.00 | - | - | - | - | - | - | 45,000.00 |
|     51300 · Install Labor | included in payroll | included in payroll | included in payroll | included in payroll | included in payroll | included in payroll | included in payroll | included in payroll | included in payroll | included in payroll |
|     51400 · Travel Lodging | - | - | - | - | - | - | - | - | - | - |
|     51500 · Travel Meals | 40.00 | - | - | - | - | - | - | - | - | - |
|     51600 · Equipment Rental | 312.50 | 312.50 | 312.50 | 312.50 | 312.50 | 312.50 | 312.50 | 312.50 | 312.50 | 312.50 |
|     51700 · Recycling | - | - | - | - | - | - | - | - | - | - |
|     51800 · Mileage Reimbursement | included in payroll | included in payroll | included in payroll | included in payroll | included in payroll | included in payroll | included in payroll | included in payroll | included in payroll | included in payroll |
|     51900 · Other COGs Installation | - | - | - | - | - | - | - | - | - | - |
|   Total 51000 · COGs Installation | 352.50 | 312.50 | 35,876.50 | 312.50 | 312.50 | 312.50 | 312.50 | 312.50 | 312.50 | 45,312.50 |
|   52000 · COGs Other | | | | | | | | | | |
|     52100 · Permits | 137.50 | 137.50 | 137.50 | 137.50 | 137.50 | 137.50 | 137.50 | 137.50 | 137.50 | 137.50 |
|     52200 · Warranty | - | - | - | - | - | - | - | - | - | - |
|     52300 · WA B&O Tax | - | 100.00 | - | - | - | - | 100.00 | - | - | - |
|     52400 · Merchant Account Fees | - | - | - | - | - | - | - | - | - | - |
|   Total 52000 · COGs Other | 137.50 | 237.50 | 137.50 | 137.50 | 137.50 | 137.50 | 237.50 | 137.50 | 137.50 | 137.50 |
|   53000 · Commissions | | | | | | | | | | |
| **Total COGS** | 490.00 | 29,818.00 | 56,014.00 | 185,450.00 | 450.00 | 50,450.00 | 550.00 | 450.00 | 50,450.00 | 45,450.00 |
| **Gross Profit** | | | | | | | | | | |
| **Expense** | | | | | | | | | | |
|   Uncategorized Expenses | | | | | | | | | | |
|   65000 · Sales / Marketing Expense | | | | | | | | | | |
|     65205 · Lodging | | | | | | | | | | |
|     65210 · Parking | 3.50 | 3.50 | 3.50 | 3.50 | 3.50 | 3.50 | 3.50 | 3.50 | 3.50 | 3.50 |
|     65220 · Office Equipment / Supplies | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
|     65235 · Meals | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
|     65255 · Training | 140.00 | | | | 140.00 | | | | 140.00 | |
|     65260 · Memberships | | | | | | | | | | |
|   Total 65000 · Sales / Marketing Expense | 343.50 | 203.50 | 203.50 | 203.50 | 343.50 | 203.50 | 203.50 | 203.50 | 343.50 | 203.50 |
|   66000 · Payroll Expenses | 19.25 | | 19.25 | | 19.25 | | 19.25 | | | 19.25 |
|   80000 · General / Administrative | | | | | | | | | | |
|     80001 · Payroll Expenses | | | | | | | | | | |
|       80005 · Wages & Payroll Taxes | | | 21,099.00 | | 30,967.00 | | 20,649.00 | | 30,967.00 | |
|       80025 · Work Comp | | 909.05 | | | | 909.05 | | | | 909.05 |
|       80030 · Insurance Benefits | | | 2,357.90 | | | | 2,357.90 | | | |
|     Total 80001 · Payroll Expenses | - | 909.05 | 23,456.90 | - | 30,967.00 | 909.05 | 23,006.90 | - | 30,967.00 | 909.05 |
|     80110 · Automobile | | | | | | | | | | |
|       Auto Payments | 1,498.53 | | 1,879.63 | | | 1,498.53 | 1,879.63 | | | 1,498.53 |
|       80070 · Insurance - Auto | 1,241.07 | | | | 1,241.07 | | | | | 1,241.07 |
|       80088 · Licensing - Auto | | | | | | | | | | |
|       80075 · Repairs / Maintenance - Auto | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 |
|       80085 · Fuel | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 |
|     Total 80110 · Automobile | 3,114.60 | 375.00 | 2,254.63 | 375.00 | 1,616.07 | 1,873.53 | 2,254.63 | 375.00 | 375.00 | 3,114.60 |
|     80150 · Accounting Fees | | 3,000.00 | | | | | 3,000.00 | | | |
|     80200 · Bank Fees | 5.95 | 10.00 | | | 5.95 | | 10.00 | | 5.95 | |
|     80190 · Business Taxes | | | | | | | | | | |
|     80160 · Insurance - Gen. / Liabilities | 1,618.75 | | | | 1,618.75 | | | | | 1,618.75 |
|     80062 · Meals | 18.50 | 18.50 | 18.50 | 18.50 | 18.50 | 18.50 | 18.50 | 18.50 | 18.50 | 18.50 |
|     80065 · Meals - 100% | | | | | | | | | | |
|     80100 · Office / Computer Supplies | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 |
|     80125 · Postage and Delivery | | | | | | | | | | |
|     80095 · Rent Expense | | | 2,000.00 | | | | 2,000.00 | | | |
|     80130 · Telephone / Internet | | 250.00 | 135.17 | | | 250.00 | 135.17 | 600.00 | | |
|     80172 · Professional Development | | | | | | | | | | |
|     80210 · Software | 9.00 | | 20.00 | 276.25 | 29.00 | | | 20.00 | 276.25 | 9.00 |
|     80175 · Utilities | | | | | | | | | | |
|     80215 · Warehouse Expenses | | | | | | | | | | |
|   Total 80000 · General / Administrative | 52.50 | 293.50 | 2,198.67 | 319.75 | 72.50 | 293.50 | 2,178.67 | 663.50 | 319.75 | 52.50 |
| **Total Expense** | 4,019.85 | 31,599.05 | 84,146.95 | 186,348.25 | 33,468.32 | 53,729.58 | 28,212.95 | 1,692.00 | 82,455.25 | 49,748.90 |
| **Net Ordinary Income** | 25,015.00 | 21,377.50 | 140,789.00 | 122,500.00 | 42,913.00 | 81,377.50 | 34,000.00 | 15,488.00 | 70,000.00 | 105,000.00 |
| **Net Income** | 20,995.15 | (10,221.55) | 56,642.05 | (63,848.25) | 9,444.68 | 27,647.92 | 5,787.05 | 13,796.00 | (12,455.25) | 55,251.10 |
|   Net income plus cash | 22,601.15 | 12,379.60 | 69,021.65 | 5,173.40 | 14,618.08 | 42,266.00 | 48,053.05 | 61,849.05 | 49,393.80 | 104,644.90 |

Page 1 of 2

**Creative Lighting Solutions, Inc.**
**Cash Collateral Budget**
November 21, 2019, to March 15, 2020

| | 27-Jan | 3-Feb | 10-Feb | 17-Feb | 24-Feb | 2-Mar | 9-Mar |
|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | |
| Cash On Hand | 104,644.90 | 227,865.00 | 202,089.95 | 200,741.70 | 225,794.85 | 233,463.80 | 205,330.85 |
| 40000 · Income | | | | | | | |
|   40100 · Sales - Installations | | | | | | | |
|     40105 · . Install Only | | | | | | | |
|       40101 · 1. Down | - | - | - | - | - | - | - |
|       40102 · 2. Progress | - | - | - | - | - | - | - |
|       40103 · 3. Final | - | - | - | - | - | - | - |
|       40104 · 4. EWO | - | - | - | - | - | - | - |
|     40109 · Agency Incentives to CLS | | | | | | | |
|     40100 · Sales - Installations - Other | | | | | | | |
|   Total 40100 · Sales - Installations | - | - | - | - | - | - | - |
|   40150 · Service Maintenance | | | | | | | |
|     40151 · 1. Down | - | - | - | - | - | - | - |
|     40152 · 2. Installment | - | - | - | - | - | - | - |
|     40150 · Service Maintenance - Other | | | | 60,000.00 | 70,000.00 | | |
|   Total 40150 · Service Maintenance | - | - | - | 60,000.00 | 70,000.00 | - | - |
|   40200 · Sales - Materials | 127,000.00 | - | - | - | - | - | - |
|   40900 · Uncategorized Income | - | - | - | - | - | - | - |
| Total 40000 · Income | 127,000.00 | - | - | 60,000.00 | 70,000.00 | - | - |
| 40800 · WIP Adjustment (Sales) | - | - | - | - | - | - | - |
| **Total Income** | 127,000.00 | - | - | 60,000.00 | 70,000.00 | - | - |
| **Cost of Goods Sold** | | | | | | | |
|   50000 · COGs Equipment / Materials | | | | | | | |
|     50100 · Product / Materials | - | - | - | - | - | - | - |
|     50200 · Freight | - | - | - | - | - | - | - |
|     50900 · Discounts Taken | - | - | - | - | - | - | - |
|   Total 50000 · COGs Equipment / Materials | - | - | - | - | - | - | - |
|   51000 · COGs Installation | | | | | | | |
|     51100 · Contractors - Electricians | - | - | - | - | 60,000.00 | - | - |
|     51300 · Install Labor | included in payroll | included in payroll | included in payroll | included in payroll | included in payroll | included in payroll | included in payroll |
|     51400 · Travel Lodging | - | - | - | - | - | - | - |
|     51500 · Travel Meals | - | - | - | - | - | - | - |
|     51600 · Equipment Rental | 312.50 | 312.50 | 312.50 | 312.50 | 312.50 | 312.50 | 312.50 |
|     51700 · Recycling | - | - | - | - | - | - | - |
|     51800 · Mileage Reimbursement | included in payroll | included in payroll | included in payroll | included in payroll | included in payroll | included in payroll | included in payroll |
|     51900 · Other COGs Installation | - | - | - | - | - | - | - |
|   Total 51000 · COGs Installation | 312.50 | 312.50 | 312.50 | 312.50 | 60,312.50 | 312.50 | 312.50 |
|   52000 · COGs Other | | | | | | | |
|     52100 · Permits | 137.50 | 137.50 | 137.50 | 137.50 | 137.50 | 137.50 | 137.50 |
|     52200 · Warranty | - | - | - | - | - | - | - |
|     52300 · WA B&O Tax | 100.00 | - | - | - | 100.00 | - | - |
|     52400 · Merchant Account Fees | - | - | - | - | - | - | - |
|   Total 52000 · COGs Other | 237.50 | 137.50 | 137.50 | 137.50 | 237.50 | 137.50 | 137.50 |
|   53000 · Commissions | | | | | | | |
| **Total COGS** | 550.00 | 450.00 | 450.00 | 450.00 | 60,550.00 | 450.00 | 450.00 |
| **Gross Profit** | | | | | | | |
| **Expense** | | | | | | | |
|   Uncategorized Expenses | | | | | | | |
|   65000 · Sales / Marketing Expense | | | | | | | |
|     65205 · Lodging | | | | | | | |
|     65210 · Parking | 3.50 | 3.50 | 3.50 | 3.50 | 3.50 | 3.50 | 3.50 |
|     65220 · Office Equipment / Supplies | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
|     65235 · Meals | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
|     65255 · Training | | | | 140.00 | | | |
|     65260 · Memberships | | | | | | | |
|   Total 65000 · Sales / Marketing Expense | 203.50 | 203.50 | 203.50 | 343.50 | 203.50 | 203.50 | 203.50 |
|   66000 · Payroll Expenses | | 19.25 | | 19.25 | | 19.25 | |
|   80000 · General / Administrative | | | | | | | |
|     80001 · Payroll Expenses | | | | | | | |
|       80005 · Wages & Payroll Taxes | | 20,649.00 | | 30,967.00 | | 20,649.00 | |
|       80025 · Work Comp | | | | | 909.05 | | |
|       80030 · Insurance Benefits | 2,357.90 | | | | | 2,357.90 | |
|     Total 80001 · Payroll Expenses | 2,357.90 | 20,649.00 | - | 30,967.00 | 909.05 | 23,006.90 | - |
|     80110 · Automobile | | | | | | | |
|       Auto Payments | | 1,879.63 | | 1,498.53 | | 1,879.63 | |
|       80070 · Insurance - Auto | | | | 1,241.07 | | | |
|       80088 · Licensing - Auto | | | | | | | |
|       80075 · Repairs / Maintenance - Auto | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 |
|       80085 · Fuel | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 |
|     Total 80110 · Automobile | 375.00 | 2,254.63 | 375.00 | 3,114.60 | 375.00 | 2,254.63 | 375.00 |
|     80150 · Accounting Fees | | 3,000.00 | | | | 3,000.00 | |
|     80200 · Bank Fees | 10.00 | | | 5.95 | 10.00 | | |
|     80190 · Business Taxes | | | | | | | 150.00 |
|     80160 · Insurance - Gen. / Liabilities | | | | 1,618.75 | | | |
|     80062 · Meals | 18.50 | 18.50 | 18.50 | 18.50 | 18.50 | 18.50 | 18.50 |
|     80065 · Meals - 100% | | | | | | | |
|     80100 · Office / Computer Supplies | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 |
|     80125 · Postage and Delivery | | | | | | | |
|     80095 · Rent Expense | | 2,000.00 | | | | 2,000.00 | |
|     80130 · Telephone / Internet | 250.00 | 135.17 | | | 250.00 | 135.17 | |
|     80172 · Professional Development | | | | | | | |
|     80210 · Software | | 20.00 | 276.25 | 9.00 | | 20.00 | 51.25 |
|     80175 · Utilities | | | | | | | |
|     80215 · Warehouse Expenses | | | | | | | |
|   Total 80000 · General / Administrative | 293.50 | 2,198.67 | 319.75 | 52.50 | 293.50 | 2,198.67 | 94.75 |
| **Total Expense** | 3,779.90 | 25,775.05 | 1,348.25 | 34,946.85 | 62,331.05 | 28,132.95 | 1,123.25 |
| **Net Ordinary Income** | 127,000.00 | | | 60,000.00 | 70,000.00 | | |
| **Net Income** | 123,220.10 | (25,775.05) | (1,348.25) | 25,053.15 | 7,668.95 | (28,132.95) | (1,123.25) |
|   Net income plus cash | 227,865.00 | 202,089.95 | 200,741.70 | 225,794.85 | 233,463.80 | 205,330.85 | 204,207.60 |