**Nicholas J. Henderson, OSB #074027**
nhenderson@portlaw.com
**Troy G. Sexton, OSB #115184**
tsexton@portlaw.com
Motschenbacher & Blattner LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0500
Facsimile: (503) 417-0521

Of Attorneys for Debtor-in-Possession.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>CREATIVE LIGHTING SOLUTIONS, INC.,<br><br>Debtor. | Case No. 19-34296-pcm11<br><br>MOTION TO EXTEND TIME |

Creative Lighting Solutions, Inc. (the "Debtor"), hereby moves this Court for the entry of an Order extending the deadline by which the Rule 2015 Financial Report (the "Report") must be filed from March 23, 2020 to March 30, 2020. In support of the motion, Debtor asserts the following:

1. Debtor and counsel have been working diligently to complete the monthly operating report.

2. Debtor is in the process of completing its projections for income and expenses, which is necessary to complete the monthly operating report.

/ / / / /

/ / / / /

/ / / / /

Page 1 of 2   MOTION TO EXTEND TIME

{00351394:1}

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-34296-pcm11    Doc 101    Filed 03/23/20

WHEREFORE, the Debtor prays for the Court to enter an Order in the form attached hereto as **Exhibit 1**, extending the deadline by which the Debtor's Rule 2015 Financial Report must be filed, from March 23, 2020 to March 30, 2020.

DATED: March 23, 2020

        MOTSCHENBACHER & BLATTNER LLP

        By: /s/ Nicholas J. Henderson
           Nicholas J. Henderson, OSB #074027
           Of Attorneys for Debtor

Page 2 of 2    MOTION TO EXTEND TIME

{00351394:1}

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-34296-pcm11    Doc 101    Filed 03/23/20

**EXHIBIT 1**

**PROPOSED ORDER**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re: | Case No. 19-34296-pcm11 |
|---|---|
| CREATIVE LIGHTING SOLUTIONS, INC., | ORDER GRANTING DEBTOR'S MOTION TO EXTEND DEADLINE |
| Debtor. | |

THIS MATTER having come before the Court on Debtor's Motion to Extend Time to file Debtor's Rule 2015 Financial Report filed by Debtor Creative Lighting Solutions, Inc. The Court having reviewed the motion, and being otherwise duly advised; now, therefore,

/ / / / /

/ / / / /

/ / / / /

/ / / / /

MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

IT IS HEREBY ORDERED as follows:

1) The Motion is GRANTED.

2) Debtor shall file its Rule 2015 Financial Report by March 30, 2020.

### ###

Order Presented by:

MOTSCHENBACHER & BLATTNER LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
nhenderson@portlaw.com
Troy G. Sexton, OSB #115184
tsexton@portlaw.com
117 SW Taylor Street, Suite 300
Portland, OR 97204
Telephone: 503-417-0500
Facsimile: 503-417-0521
Of Attorneys for Debtor

### PARTIES TO SERVE:

**ECF Electronic Service:** All participants.

**Service via First-Class Mail:** None.

Page 2 of 2    ORDER GRANTING MOTION TO EXTEND TIME

{00351394:1}

MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-34296-pcm11    Doc 101    Filed 03/23/20